# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Statesboro Division

2008 JUN 23 PM 12:21

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jelani Brown | ) | Case No: CR604-00010-005 |
| | ) | USM No: 11987-021 |
| Date of Previous Judgment: March 2, 2005 | ) | Sidney B. Shepherd |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___96___ months **is reduced to** ___87 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31              Amended Offense Level: 29
Criminal History Category: I            Criminal History Category: I
Previous Guideline Range: 108 to 135 months    Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[X] Other (explain):   The Court departed below the applicable imprisonment range at the time of the original sentencing; however, since the lower end of the new advisory guideline range is 87 months, the Court will not depart below that sentence because the Court contends a sentence of 87 months adequately addresses the sentencing factors addressed at 18 U.S.C. § 3553(a).

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated  March 2, 2005,  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 23, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                              Printed name and title